JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David Hartshorn, | ) | 2:11-cv-02898-JHN -FMOx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| Cardworks Servicing, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has been advised by counsel for the plaintiff that this action has been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby **VACATED**.

**IT IS ORDERED** that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: June 30, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE